DILLINGHAM & MURPHY, LLP
JOHN N. DAHLBERG (SBN 85122)
J. CROSS CREASON (SBN 209492)
353 Sacramento Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 397-2700
Facsimile:   (415) 397-3300

SAFEWAY INC.
THEODORE K. BELL (SBN 184289)
5918 Stoneridge Mall Road
Pleasanton, CA 94582
Telephone:   (925) 467-2422
Facsimile:   (925) 467-3214

Attorneys for Defendant SAFEWAY INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SAFEWAY INC., et al.,<br><br>Defendants. | Case No. 3:15-cv-04481-SBA<br><br>[~~PROPOSED~~] ORDER REMANDING CASE |

For Good Cause, and upon the stipulation of the parties hereto, this matter is remanded to the Superior Court of the State of California, in and for the County of Alameda, Hayward Division, Dept. 509.

Dated: 11/17/2015

_____
Honorable Saundra B. Armstrong
Judge, United States District Court